KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Sarah Malik (SBN 342369)
smalik@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:  (310) 409-0400
Facsimile:  (310) 409-0401

*Attorneys for Korea Deposit Insurance Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| KOREA DEPOSIT INSURANCE CORPORATION, a Bankruptcy Trustee for Tomato Savings Bank Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>DEBBIE A. SUH and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 5:25-cv-03113 SSS (MBK)<br><br>**FIRST AMENDED COMPLAINT for**<br><br>**Recognition of Foreign Money Judgment** |

1193525.1

Plaintiff Korea Deposit Insurance Corporation ("Plaintiff" or "KDIC") complains and alleges as follows:

### INTRODUCTION

1. Plaintiff Korea Deposit Insurance Corporation ("Plaintiff" or "KDIC") holds a money judgment (the "Judgment") rendered by courts of the Republic of Korea against Defendant Debbie A. Suh ("Defendant" or "Suh"), a resident of Murrieta, California.

2. The Judgment was initially issued by the Suwon District Court on February 4, 2021 (the "District Court Judgment"), and was affirmed by the Supreme Court of the Republic of Korea on June 24, 2021 (the "Supreme Court Decision"). A true and correct copy of the District Court Judgment is attached hereto as **Exhibit A**, together with a certified translation. A true and correct copy of the Supreme Court Decision is attached hereto as **Exhibit B**, together with a certified translation.

3. As of November 13, 2025, the total amount of the Judgment, inclusive of principal and applicable interests, is KRW 1,820,269,340, or US $1,241,318, based on the exchange rate applicable as of November 13, 2025. Hereafter, all conversions from the South Korean won to United States dollar are based on the exchange rate of US $1.00 to KRW 1,446.40, the prevailing exchange rate as of November 13, 2025.

4. Plaintiff respectfully submits this complaint in order to obtain recognition of the Judgment from this Court pursuant to California Uniform Foreign-Country Money Judgments Recognition Act, Cal. Code Civ. Proc. §§ 1713 *et seq.*, and alleges the following:

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

1193525.1

2

**PARTIES**

5.    Plaintiff Korea Deposit Insurance Corporation is a quasi-governmental organ of the Republic of Korea, or South Korea. Similar to the Federal Deposit Insurance Corporation of the United States, KDIC maintains South Korea's financial stability by, *inter alia*, providing deposit insurance for bank customers, taking over failed financial institutions' assets and contracts, and pursuing claims on behalf of such failed financial institutions. Plaintiff holds a money judgment in the amount of KRW 1,820,269,340, or US $1,241,318, against the Defendant.

6.    Defendant Debbie A. Suh is an individual residing in Murrieta, California.

**JURISDICTION AND VENUE**

7.    This Court has personal jurisdiction over the Defendant, an individual residing in Murrieta, California, in Riverside County.

8.    This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as complete diversity of citizenship exists between parties and the amount in controversy exceeds US $75,000.

9.    Venue is proper as Plaintiff is seeking to obtain recognition of the Judgment against the Defendant, a resident of Murrieta, California who owns property in Riverside County.

**BACKGROUND**

10.    In this action, Plaintiff KDIC seeks to obtain recognition of the money

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

KF&C

judgment rendered by the courts of the Republic of Korea (the "Judgment") against Defendant Debbie A. Suh, such that the Judgment may be enforced in the State of California in which the Defendant resides and holds properties.

11. The Judgment arises from a loan that Defendant obtained from Tomato Savings Bank, Co. Ltd., a failed bank that KDIC came to oversee.

12. On or around May 15, 2008, Defendant obtained a loan from Tomato Savings Bank, for KRW 500,000,000 (the "Loan"). *See* Ex. A at 3.

13. On or around May 2009, Defendant defaulted on the Loan.

14. On or around August 31, 2012, Tomato Savings Bank was declared bankrupt, and KDIC was appointed as its bankruptcy administrator. *See* Ex. A at 2.

15. In 2013, KDIC filed suit against Suh in the Suwon District Court, in a case numbered 2013 Gadan 34692. On November 21, 2013, the court found Suh liable for the remainder of the defaulted Loan, and issued a judgment against Suh (the "Initial Judgment").

16. In 2020, Suh appeared before the Suwon District Court via counsel and appealed the Initial Judgment, claiming that she did not receive proper service of process for 2013 Gadan 34692. *See* Ex. A at 1 ("Legal Representative Gwang Ho Ha, Attorney") & 8-10.

17. In the appeal, numbered 2018 Na 54323, the Suwon District Court agreed with Suh that she was not properly served, and vacated the Initial Judgment. *See* Ex. A at 10.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025

18.     At the same time, however, the Suwon District Court assessed the merits of Suh's claim, namely that the agreement for the Loan was forged and that Suh did not personally execute the agreement. *See* Ex. A at 11. The Suwon District Court conducted a detailed analysis of the agreement, and found that the agreement and Suh's signature and seal on the agreement were authentic. *See* Ex. A at 12-16.

19.     Accordingly, the Suwon District Court came to the same conclusion as the Initial Judgment, and issued the Judgment for KRW 956,166,827, plus applicable interest. *See* Ex. A at 19-20.

20.     Through counsel, Suh appealed the District Court Judgment to South Korea's Supreme Court, in a case numbered 2021 Da 220000. After review, the Supreme Court affirmed the District Court Judgment on June 24, 2021. *See* Ex. B at 1-2.

21.     The Supreme Court Decision was duly served on Suh on June 24, 2021, making the Judgment final and enforceable. Attached hereto as **Exhibit C** is a true and correct copy of the Service Certificate, together with certified translation, which evidences the service of the Supreme Court Decision to Suh. Attached hereto as **Exhibit D** is a true and correct copy of the Finalization Certificate, together with a certified translation, confirming that the Judgment is final and enforceable as of June 24, 2021.

22.     The Judgment currently remains outstanding.

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

## FIRST CAUSE OF ACTION

### Recognition of Judgment Pursuant to
### the Uniform Foreign-Country Money Judgments Recognition Act
### California Code of Civil Procedure §§ 1713 *et seq.*

23.     Plaintiff KDIC refers to and incorporates all of the foregoing paragraphs of this complaint as though fully set forth herein.

24.      The Judgment, issued by courts of the Republic of Korea, is a foreign-country judgment as defined in California Code of Civil Procedure § 1714.

25.     The Judgment grants a recovery a sum of money.

26.     Under the law of the Republic of Korea, the Judgment is final, conclusive and enforceable.

27.     The Judgment arises from a commercial transaction, and is not for taxes, fine or other penalties, nor was it rendered in connection with domestic relations.

28.     The Judgment is rendered by the courts of the Republic of Korea, which is considered an advanced and wealthy democracy with impartial tribunals and sophisticated legal system that comports with the requirements of due process of law.

29.     The Suwon District Court had personal jurisdiction over Defendant, who appeared before the court and litigated the matter.

30.      The Suwon District Court had subject matter jurisdiction over the underlying dispute, and Defendant did not challenge the court's jurisdiction in the underlying dispute.

31.     Defendant was duly served with process in accordance with the laws of

1193525.1                                    6

the Republic of Korea, and received notice of the proceeding in sufficient time to defend.

32. The Judgment was not obtained by fraud.

33. The Judgment arises from a garden variety commercial transaction, *i.e.* a bank loan, and is not repugnant to the public policy of the State of California or the United States.

34. The Judgment does not conflict with any other final and conclusive judgment.

35. Defendant was not a party to any agreement under which the underlying dispute was to be determined otherwise than by proceedings in the courts of the Republic of Korea.

36. The proceedings under which the Judgment was rendered were compatible with the requirements of due process of law, and no doubt exists as to the integrity of the courts that rendered the Judgment.

37. Accordingly, Uniform Foreign-Country Money Judgments Recognition Act, Cal. Code Civ. P. §§ 1713 *et seq.*, is applicable to the Judgment, such that the Judgment is entitled to recognition.

## **PRAYER FOR RELIEF**

Wherefore, Plaintiff Korea Deposit Insurance Corporation prays that this Court:

1. Recognize the foreign-country judgment at issue, namely the money

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

judgment rendered by the Suwon District Court of the Republic of Korea in a case numbered 2018 Na 54323 on February 4, 2021, such that the Judgment is treated as conclusive and enforceable to the same extent and in the same manner as a judgment rendered in the State of California and by this Court, and;

Grant such other relief as the Court may deem proper.

Dated:  December 12, 2025          KIBLER FOWLER & CAVE LLP

By: _____

MICHAEL D. KIBLER
SARAH MALIK
Attorneys for Korea Deposit Insurance
Corporation

1193525.1                                    8