KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Sarah Malik (SBN 342369)
smalik@kfc.law
S. Nathan Park (*Pro Hac Vice*)
npark@kfc.law
11100 Santa Monica Blvd., Suite 600
Los Angeles, California 90025
Telephone: (310) 409-0400
Facsimile: (310) 409-0401

*Attorneys for Plaintiff Korea Deposit Insurance Corporation*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

KOREA DEPOSIT INSURANCE CORPORATION, a Bankruptcy Trustee for Tomato Savings Bank Co., Ltd.,

Plaintiff,

v.

DEBBIE A. SUH and DOES 1 to 50, inclusive,

Defendants.

CASE NO. 5:25-cv-03113 SSS (MBK)

**NOTICE OF VOLUNTARY DISMISSAL OF DOE DEFENDANTS 1 TO 50 WITHOUT PREJUDICE; [PROPOSED] ORDER**

Assigned to Honorable Sunshine Suzanne Sykes
Courtroom: 2

Complaint Filed: November 19, 2025
FAC Filed: December 12, 2025
Trial Date: August 30, 2027

Kibler Fowler & Cave LLP
KF&C
11100 Santa Monica Boulevard
Suite 600
Los Angeles, California 90025

**TO THE COURT, DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Doe Defendants 1 to 50 have not filed an answer or a motion for summary judgment in this action;

NOW, THEREFORE, Plaintiff Korea Deposit Insurance Corporation, hereby dismisses this action as to Doe Defendants 1 to 50 in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: November 11, 2026 KIBLER FOWLER & CAVE LLP

By: ______________________________

MICHAEL D. KIBLER
SARAH MALIK
SANGYOON NATHAN PARK (*Pro Hac Vice*)
Attorneys for Plaintiff Korea Deposit Insurance Corporation

KF&C Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 600
Los Angeles, California 90025

**[PROPOSED] ORDER**

On November 11, 2026, Plaintiff Korea Deposit Insurance Corporation ("Plaintiff") filed a Notice of Voluntary Dismissal of Doe Defendants 1 to 50 (the "Notice"). The court, having considered Plaintiff's Notice and finding good cause, hereby DISMISSES the action as to the Doe Defendants 1 to 50 and ORDERS as follows:

1. This action is dismissed without prejudice as to Doe Defendants 1 to 50 in its entirety.

IT IS SO ORDERED.

Dated: ______________________

SUNSHINE S. SYKES
United States District Judge

Kibler Fowler & Cave LLP
KF&C
11100 Santa Monica Boulevard
Suite 600
Los Angeles, California 90025